IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15CR3011 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MATTHEW JOHN HORN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Report for Modifying the Conditions of Supervision With Consent of the Offender, filing 91, and being notified by United States Probation Officer Megan Davis that a bed is now available at Dismas in Kearney, NE,

IT IS ORDERED:

1) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

   a. Defendant shall be released on February 14, 2019, to reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the correctional component. Defendant shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

   b. While placed at the RRC, Defendant shall participate in outpatient drug and alcohol treatment and seek employment.

   c. If the Defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

2) Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:00 p.m. on February 27, 2019.

3) This order does not moot the pending petition for an offender under supervision.

February 11, 2019.

BY THE COURT

s/ *Richard G. Kopf*
_____
The Honorable Richard G. Kopf
Senior United States District Judge