IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW JOHN HORN,<br><br>        Defendant. | **4:15CR3011**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)     The defendant shall appear at his revocation hearing scheduled for April 6, 2021 at 12:30 p.m. before the Honorable Richard G. Kopf, in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)     The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

February 24, 2021.

                                                            BY THE COURT:

                                                            s/ Cheryl R. Zwart
                                                            United States Magistrate Judge