IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MATTHEW JOHN HORN,<br><br>                Defendant. | **4:15CR3011**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 186), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

   Defendant shall be released to reside at Lyoncrest Oxford house in Lincoln, NE and participate in that facility's programming. The defendant shall fully comply with all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at Lyoncrest Oxford house in Lincoln, NE on November 22, 2023. The Marshal shall release Defendant to Katrina Stevens on November 22, 2023 at 10:00 a.m. for timely and direct transport to the facility.

Dated this 21st day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge